# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RICHARD ALLEN PREPARATORY CHARTER SCHOOL, | : | No. 19 EAP 2017 |
| Appellee | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF EDUCATION; AND PEDRO A. RIVERA, IN HIS OFFICIAL CAPACITY AS  SECRETARY OF EDUCATION, | : | |
| Appellants | : | |

| | | |
|---|---|---|
| KIPP PHILADELPHIA CHARTER SCHOOLS, | : | No. 20 EAP 2017 |
| Appellee | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF EDUCATION; AND PEDRO A. RIVERA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION, | : | |
| Appellants | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2018, the Order of the Commonwealth Court is hereby **AFFIRMED**.